# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KENNETH MALIK MILLER | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| DAVID DIGUGLIELMO, et al. | : | NO. 07-2686 |

## ORDER

AND NOW, this 14th day of April, 2010, based on the foregoing Memorandum, it is hereby ORDERED as follows:

1. Plaintiff's Motion for Clarification or Reconsideration (Doc. No. 78) is DENIED.

2. Defendants' Motion for Summary Judgment remains GRANTED as to Plaintiff's Fourth Count (under the Eighth Amendment to the U.S. Constitution), as Defendant David DiGuglielmo is no longer a party in this case.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

A:\Miller v. Digugliemo - Order re Mot for Reconsideration.wpd