# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH MALIK MILLER | : | CIVIL ACTION |
| v. | : | |
| DAVID DIGUGLIELMO, et al. | : | NO. 07-2686 |

## **ORDER**

AND NOW, this 4 day of February, 2011, based on the foregoing Memorandum, it is hereby ORDERED as follows:

1. Defendants' Motion for Reconsideration (ECF No. 106) is DENIED.

2. Defendants' Second Motion for Summary Judgment remains DENIED as to Plaintiff's Count Two, Plaintiff's due process claim brought against Dohman and Radle.

BY THE COURT:

/ Michael M. Baylson
───────────────────
Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\07-2686 Miller v. Digugliemo\Miller v. Digugliemo - Order re Defs Mot for Reconsideration on 2nd MSJ.wpd